| | |
|---|---|
| 1 | HINKLE, JACHIMOWICZ, POINTER & EMANUEL |
|   | GERALD EMANUEL  Bar No. 61049 |
| 2 | JOEL P. WAELTY  Bar No. 226728 |
|   | jwaelty@hinklelaw.com |
| 3 | 2007 West Hedding Street, Suite 100 |
|   | San Jose, California 95128 |
| 4 | Telephone: (408) 246-5500 |
|   | Facsimile: (408) 246-1051 |
| 5 | |
| 6 | Attorneys for Plaintiff |
|   | Steven C. Lipp |
| 7 | SEDGWICK, DETERT, MORAN & ARNOLD LLP |
|   | REBECCA A. HULL  Bar No. 99802 |
| 8 | rebecca.hull@sdma.com |
|   | ERIN A. CORNELL  Bar No. 227135 |
| 9 | erin.cornell@sdma.com |
|   | One Market Plaza |
| 10 | Steuart Tower, 8th Floor |
|   | San Francisco, CA  94105-1008 |
| 11 | Telephone: (415) 781-7900 |
|   | Facsimile: (415) 781-2635 |
| 12 | |
| 13 | Attorneys for Defendants |
|   | Ireland San Filippo Long Term Disability Plan; |
|   | Metropolitan Life Insurance Company |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| STEVEN C. LIPP, | | Case No. C 09-05350 TEH |
| | Plaintiff, | **STIPULATION AND ~~[PROPOSED]~~ ORDER OF DISMISSAL WITH PREJUDICE** |
| v. | | |
| IRELAND SAN FILIPPO LONG TERM DISABILITY PLAN; METROPOLITAN LIFE INSURANCE CMOPANY, a New York Corporation, | | |
| | Defendants. | |

IT IS HEREBY STIPULATED by and between the parties to this action, through their counsel of record, that the above-captioned action be and hereby is dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and that each party shall bear

SF/1719324v1

STPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE

his or its own attorneys' fees and costs.

**IT IS SO STIPULATED.**

DATED: September 1, 2010        HINKLE, JACHIMOWICZ, POINTER & EMANUEL

By: _____
Gerald Emanuel
Joel P. Waelty
Attorneys for Plaintiff
Steven C. Lipp

DATED: September 2, 2010        SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: _____
Rebecca A. Hull
Erin A. Cornell
Attorneys for Defendants
Ireland San Filippo Long Term Disability Plan;
Metropolitan Life Insurance Company

**IT IS SO ORDERED.**

DATED:   09/07/10

HONORABLE THELTON E. HENDERSON
UNITED STATES

*Judge Thelton E. Henderson*

SF/1719324v1

2

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE